**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **BARRY FRISON,**      )<br>    **Petitioner,**   )<br>     )<br>**v.**        )<br>     )<br>**JAMES REYNOLDS,**   )<br>   **Respondent.**   ) | **CIVIL ACTION NO. 12-00158-KD-N** |

<u>**ORDER**</u>

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation (Doc. 19) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated November 21, 2014, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the Petitioner's amended petition for habeas corpus relief under 28 U.S.C. § 2254 (Doc. 7) is **DENIED**, that this action is **DISMISSED with prejudice**, and that Petitioner is not entitled to a certificate of appealability or to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the 29th day of December 2014.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE**